UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J. STEVE WOODARD, D/B/A FAST GLASS SERVICE<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES CORP., et al.,<br><br>Defendants. | Civil Action No.  2:08-cv-00868-DWA<br><br>Chief Judge Donetta W. Ambrose<br><br>**ELECTRONICALLY FILED** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff J. Steve Woodard d/b/a Fast Glass Service ("Fast Glass Service") hereby voluntarily dismisses the case captioned *J. Steve Woodard d/b/a Fast Glass Service v. Guardian Industries Corp. et al.,* (2:08-cv-00868-DWA).  This dismissal is without prejudice and shall not affect the rights of Fast Glass Service to participate in the ongoing consolidated action (MDL No. 1942) as a member of the putative class.  Plaintiff has not previously dismissed an action in federal or state court which includes the same claim.

Dated:  November 25, 2008                           Respectfully submitted,


                                                    By: s/Mark S. Goldman           .
                                                        Mark S. Goldman

Theodor A. Swansen
GOLDMAN SCARLATO & KARON PC
101 W. Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700

James C. Wyly
Jack I. Pattesson, II
PATTON ROBERTS, PLLC
111 Center Street, Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3408
Facsimile: (501) 372-3488

John G. Emerson
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201
Telephone: (212) 685-0969
Facsimile: (212) 685-2306

*Attorneys for J. Steve Woodard d/b/a Fast Glass Service*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Notice of Voluntary Dismissal** was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record on the 25th day of November, 2008.

          s/Mark S. Goldman          .
          Mark S. Goldman
          GOLDMAN SCARLATO & KARON P.C.
          101 W. Elm Street, Suite 360
          Conshocken, PA 19428
          Telephone: (484) 342-0700